27978.00D6BY/Document #: 784581                  CH

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE JOHNSON, and<br>LAUREN FRANKLIN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Cook County No. 2008 L 008254 |
| XTRA LEASE, LLC, a Delaware Limited<br>Liability Company, individually and by and<br>through its unknown agent, employee and/or<br>lessor and Xtra Lease, LLC's unknown agent,<br>employee or lessor individually, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF REMOVAL

NOW COMES the Defendant, XTRA LEASE, LLC, a Delaware corporation with its

principal place of business in St. Louis, Missouri, and hereby removes the above captioned

action to the United States District Court for the Northern District of Illinois, Eastern Division,

from the Circuit Court of Cook County, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

## I.     INTRODUCTION

1.     This action arises out of a May 1, 2008 motor vehicle accident involving Plaintiff,

Jermaine Johnson, and an unknown driver of a tractor-truck on I-294 at or near mile post 3.6 in

Thornton Township, Cook County, Illinois. (Illinois State Police report, attached hereto as

Exhibit A.)

2.     According to witness statements obtained by the Illinois State Police, the tractor

involved was hauling a white semi-trailer marked with the name "XTRA" in red lettering. No

registration information was obtained, and no other information is known about the tractor or trailer, nor is any information known about the driver. (Exhibit A.)

3.    As a result of this accident, Jermaine Johnson allegedly suffered serious and permanent injuries, both internal and external, suffered lost earnings and profits, and incurred "great medical expenses," and "endured great pain and suffering," which damages are in excess of $50,000. (See Plaintiff's Amended Complaint, Summons, and original Complaint, attached hereto as Exhibit B.)

4.    Plaintiff's wife, Lauren Franklin, also makes a claim for loss of society, companionship, love, affection, and support in an amount exceeding $50,000. (Exhibit B, Count II.)

5.    Plaintiffs also bring a negligent entrustment count against XTRA Lease, LLC. (Exhibit B, Count III.)

6.    Plaintiffs filed their Amended Complaint in the Cook County Circuit Court on July 29, 2008. They effected service on XTRA Lease's registered agent on August 5, 2008. (See proof of service, attached hereto as Exhibit C.)

## II.    **BASIS FOR REMOVAL**

7.    Upon information and belief each Plaintiff is a citizen of Illinois. (See Exhibit A, sheet 1, indicating that Jermaine Johnson lives at 19460 Glenwood Road in Chicago Heights, Illinois and possesses an Illinois driver's license.)

8.    XTRA Lease, LLC is a Delaware citizen with its principle place of business in St. Louis, and is therefore a citizen of Delaware and Missouri. 28 U.S.C. § 1332(c). Thus, complete diversity of citizenship exists between each plaintiff and the only known defendant.

9.    The Plaintiff, Jermaine Johnson alleges damages in an amount in excess of $50,000. Additionally, his wife, Lauren Franklin, alleges damages in excess of $50,000 for loss of consortium. Furthermore, upon information and belief, the injury to Jermaine Johnson constituted near decapitation and extensive treatment concerning Mr. Johnson's neck and head.

11.    A preponderance of the evidence, as set forth in paragraphs 3 and 10 of this Notice, shows clearly that Jermaine Johnson's damages exceed $75,000. Therefore the amount in controversy exceeds $75,000. *See LM Ins. Corp. v. Spaulding Enterprises, Inc.*, 533 F.3d 542, 547 (7th Cir. 2008).

12.    If Plaintiffs claim that Lauren Franklin's damages do not exceed $75,000, 28 U.S.C. § 1367 permits the exercise of supplemental jurisdiction in a diversity case where one plaintiff satisfies the diversity requirement and the jurisdictional amount while the other plaintiff satisfies the diversity requirement but not the jurisdictional amount, when both plaintiffs' claims are within the same case or controversy. *Stromberg Metal Works, Inc. v. Press Mechanical, Inc.*, 77 F.3d 928, 930-31 (7th Cir. 1996).

13.    If Plaintiffs dispute that the amount in controversy exceeds $75,000, they must show "it is *legally certain* that the recovery (from plaintiff's perspective) or cost of complying with the judgment (from defendant's) will be less than the jurisdictional floor." *LM Ins. Corp.*, 533 F.3d at 547, (emphasis added).

14.    Because complete diversity of citizenship exists between each plaintiff and the only known defendant, and the amount in controversy exceeds $75,000, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), and, thus, this case is removable pursuant to 28 U.S.C. § 1441(a).

3

15.    Plaintiffs also name, as a defendant, an "unknown" person they claim to be the agent, employee and/or lessor of XTRA Lease, LLC. (Exhibit B.) This unknown person is the driver of the tractor in question, however, nothing is known about his or her whereabouts, citizenship, or identity, or what, if any, relationship he or she has, or had on the date in question, with XTRA Lease, LLC.

16.    28 U.S.C. § 1441(a) states that for "purposes of removal under this chapter, the citizenship of defendants sued under fictitious names shall be disregarded."

17.    In *Howell v. Tribune Entertainment Co.*, 106 F.3d 215, 218 (7th Cir. 1997) the Court found that states often allow plaintiffs to name an unknown party as an additional defendant, often referred to as "John Does." However, "John Does are merely nominal parties, irrelevant to diversity jurisdiction. And naming a John Doe defendant will not defeat a named defendant's right to remove a diversity case if their citizenship is diverse from that of the plaintiffs." *Id.* (internal citations omitted). Furthermore, because the unknown defendant was never served, there is no need to obtain his or her consent to remove.

18.    In this case, complete diversity of citizenship exists between each plaintiff and the only known defendant, and the amount in controversy exceeds $75,000. Thus, this Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a). Therefore, this case is properly removable under 28 U.S.C. § 1441(a).

WHEREFORE, the Defendant, XTRA Lease, LLC, by and through its attorneys, Williams Montgomery & John Ltd., hereby give notice that the above-captioned cause of action, which is pending in the Circuit Court of Cook County, Illinois, is removed to the United States District Court for the Northern District of Illinois, Eastern Division.

4

Respectfully submitted,
WILLIAMS MONTGOMERY & JOHN LTD.

By: _____
    James E. Beal

Jeffrey H. Lipe (jhl@willmont.com)
James E. Beal (jeb@willmont.com)
WILLIAMS, MONTGOMERY & JOHN, LTD.
Attorneys for Defendant XTRA Lease, LLC.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Phone: (312) 443-3200
Fax: (312) 630-8500

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| JERMAINE JOHNSON, and<br>LAUREN FRANKLIN    )<br>)<br>)<br>     Plaintiffs,   )<br>)<br>   v.   )<br>)<br>XTRA LEASE, LLC, a Delaware Limited )<br>Liability Company, individually and by and )<br>through its unknown agent, employee and/or )<br>lessor and Xtra Lease, LLC's unknown agent, )<br>employee or lessor individually,   )<br>)<br>     Defendants.   ) | Cook County No. 2008 L 008254 |

**CERTIFICATE OF SERVICE XTRA LEASE, LLC.'s NOTICE OF REMOVAL**

I hereby certify that on September 4, 2008, I electronically filed XTRA LEASE, LLC.'s Notice of Removal with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel who have appeared in this matter.

By: /s/ James E. Beal
James E. Beal (jeb@willmont.com)
WILLIAMS, MONTGOMERY & JOHN, LTD.
Attorneys for Defendant XTRA Lease, LLC.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Phone: (312) 443-3200
Fax: (312) 630-8500

# EXHIBIT A

# ILLINOIS TRAFFIC CRASH REPORT

SHEET 1 OF 1

INVESTIGATING AGENCY: ILLINOIS STATE POLICE

AGENCY CRASH REPORT NO.: 15-08-04206

DATE OF CRASH: 05/01/2008

TIME OF CRASH: 07:22 AM

ISP-4546-2008050-101143

HIGHWAY OR STREET NAME: I-294 SOUTHBOUND

DIRECTION: I-294 MILE POST 33.6

CITY/TOWNSHIP: THORNTON TWP.

COUNTY: COOK

TYPE OF REPORT: 1 On-scene

TYPE OF CRASH: B Injury

**DRIVER 1**

NAME (LAST, FIRST, MI): JOHNSON, JERMAINE C

STREET ADDRESS: 19460 GLENWOOD RD

CITY: CHICAGO HEIGHTS   STATE: IL   ZIP: 60411

TELEPHONE: (708) 709-0364

LICENSE NO.: J525-4238-4306   STATE: IL   CLASS: A*

EMS AGENCY TAKEN TO: St. James/Olympia Fields

MAKE: Hyundai   MODEL: Elantra   YEAR: 2004

PLATE NO.: 7634230   STATE: IL   YEAR: 2009

VIN: KMHDN46D74U727277

VEHICLE OWNER (LAST, FIRST, MI): FRANKLIN, LAUREN D

OWNER ADDRESS: 19460 GLENWOOD RD, CHICAGO HEIGHTS, IL, 60411

INSURANCE CO.: Universal Casualty Company

DATE OF BIRTH: 10/27/1984   SEX: M   SAFT: 2   AIR: 9   EJECT: 1

**DRIVER 2**

EMS AGENCY TAKEN TO: South Holland

STATE: IL

| | | | | | DRVA | WEAT | RDSF | TRFC | PEDV | PBDY | DMGC | DRAC | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | U2 | 1 | 1 | 1 | 1 | 1 | 1 | 9 | | | |

VIS: 1   VEHD: 1   LGHT: 1

COLL: 1   MANV: 99   PBA: 99   PPA: 99   PTL: 1   TTL: 9

DAMAGED AREAS: NONE
UNDER CARRIAGE
TOTAL: X
OTHER
UNKNOWN

POINT OF 1ST CONTACT: 8

TOWED: X
FIRE
HAZMAT SPILL
CONCRETE

NO. VEHICLES: 2

**PASSENGERS & WITNESSES ONLY (NAME, ADDR, TEL.)**

WEBB EDWARD NMI, 108 OHIO LR, MATTESON, IL 60443, (708) 770-3660

MAGER EARL J., , IL, (219) 592-3790

SMITH FLOYD W, , IL, (708) 724-5100

RAYAS JORGE NMI, 3542 N WHIPPLE, CHICAGO, IL, (773) 635-5775

BAUDGARTES ADAN NMI, 3444 S. EGYPTIAN TRAIL, PEOTONE, IL 60468, (708) 372-0877

DAMAGED PROPERTY OWNER NAME: Illinois State Tollway Highway Auth.

PROPERTY OWNER ADDRESS: 2700 OGDEN AVENUE, DOWNERS GROVE, IL 60515

MAINTENANCE RESPONDED

CONTRIBUTORY CAUSE (primary): 18 Unable to determine

CONTRIBUTORY CAUSE (secondary): 15 Driving skills/knowledge/experience

DATE NOTIFIED: 05/01/2008   TIME NOTIFIED: 07:22 AM

| UNIT | SEAT | DOB | SEX | SAFT | AIR | INJ | EJCT |
|---|---|---|---|---|---|---|---|
| W | | | M | | | | |
| W | | | M | | | | |
| W | | | M | | | | |
| W | | | M | | | | |

ARREST NAME

OFFICER ID: 4546

SEAT/DIST: 15

08CV5042

JUDGE ST. EVE

MAGISTRATE JUDGE COX

CH

ISP-4546-20080501-J01143

## DIAGRAM

Not to Scale

N

ln 1 →
ln 2 →
ln 3 →
ln 4 →
ln 5 →

Unit 2

SHOULDER

### NARRATIVE (Refer to vehicle by Unit No.)

UNITS 1 AND 2 WERE I-294 SOUTHBOUND AT MILEPOST 3.6 BOTH IN LANE 5. UNIT 1 COLLIDED WITH
UNIT 2. UNIT 1 THEN LOST CONTROL AND ROLLED OVER. UNIT 1 CAME TO REST ON THE RIGHT
SHOULDER ON IT'S ROOF. UNIT 2 LEFT THE SCENE WITHOUT GIVING AID OR INFORMATION. THE
WITNESS STATED UNIT 1 COLLIDED WITH A TRUCK-TRACTOR SEMI-TRAILER. THE WITNESS STATED THE
SEMI-TRAILER WAS WHITE WITH THE NAME "XTRA" IN RED LETTERING. NO REGISTRATION INFORMATION
WAS OBTAINED.

### LOCAL USE ONLY  Nothing

U1 Color: Gold | U1 Towed By/To: Suburban Towing/suburban

U2 Color: | U2 Towed By/To: /

---

## COMMERCIAL VEHICLE                    Unit 1

CARRIER NAME

ADDRESS                                          SOURCE
                                                 SIDE OF TRUCK
                                                 PAPERS
CITY          STATE        ZIP                   DRIVER
                                                 LOG BOX
ID Number:
USDOT                              GVWR
OR State No.        State Name      ICC/MC    None

HAZARDOUS MATERIALS              PLACARDED ?
IF YES: 4 DIGITS        1 DIGIT    Name
HAZARDOUS CARGO RELEASED FROM TRUCK?      N
VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH?
VIOLATION OF MCS REGS CONTRIBUTE TO CRASH?
INSPECTION FROM COMPLETED?

HAZMAT          OUT OF SERVICE?
MCS             OUT OF SERVICE?
IDOT PERMIT#                   WideLoad              FORM NO.

TRAILER WIDTH(S)    TRAILER LENGTH(S)    Vehicle Length
TRAILER 1          TRAILER 1            Total - Ft
TRAILER 2          TRAILER 2            No of Axles
Vehicle Configuration     Cargo Body Type     LoadType

## COMMERCIAL VEHICLE                    Unit 2

CARRIER NAME

ADDRESS                                          SOURCE
                                                 SIDE OF TRUCK
                                                 PAPERS
CITY          STATE        ZIP                   DRIVER
                                                 LOG BOX
ID Number:
USDOT                              GVWR
OR State No.        State Name      ICC/MC    None

HAZARDOUS MATERIALS              PLACARDED ?
IF YES: 4 DIGITS        1 DIGIT    Name
HAZARDOUS CARGO RELEASED FROM TRUCK?
VIOLATION OF HAZMAT REGS. CONTRIBUTE TO CRASH?
VIOLATION OF MCS REGS CONTRIBUTE TO CRASH?
INSPECTION FROM COMPLETED?

HAZMAT          OUT OF SERVICE?
MCS             OUT OF SERVICE?
IDOT PERMIT#                   WideLoad              FORM NO.

TRAILER WIDTH(S)    TRAILER LENGTH(S)    Vehicle Length
TRAILER 1          TRAILER 1            Total - Ft
TRAILER 2          TRAILER 2            No of Axles
Vehicle Configuration     Cargo Body Type     LoadType

**EXHIBIT B**

Attorney No. 37398

File No. J3874

FILED-2

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION** AM 11:17

CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
LAW DIVISION

DOROTHY BROWN CLERK

|   |   |   |
|---|---|---|
| JERMAINE JOHNSON and | ) | |
| LAUREN FRANKLIN, | ) | |
|        Plaintiffs, | ) | |
| | ) | |
| V. | ) | Case No.: 2008 L 008254 |
| | ) | |
| XTRA LEASE, LLC, a Delaware Limited | ) | |
| Liability Company, individually and by | ) | |
| and through its unknown agent, | ) | |
| employee and/or lessor and  Xtra | ) | |
| Lease LLC's unknown agent, employee | ) | |
| or lessor individually, | ) | |
|        Defendants. | ) | |

### AMENDED COMPLAINT

*NOW COME* the Plaintiffs, JERMAINE JOHNSON and LAUREN FRANKLIN, by and through their attorneys, ZANE D. SMITH & ASSOCIATES,  LTD., and complaining of the Defendants, XTRA LEASE, LLC, a Delaware Limited Liability Company, individually and by and through its unknown agent, employee and/or lessor and Xtra Lease's unknown agent, employee and/or lessor and, state as follows:

### COUNT I

1.    On May 1, 2008 at approximately 7:20 a.m.,  Plaintiff, JERMAINE JOHNSON was operating a motor vehicle southbound on Interstate 294 at or near mile post 3.6 in the  City of Thorton Township, County of Cook, and State of Illinois.

2.    At the aforesaid date and time, Defendant, XTRA LEASE,  individually and by and through its unknown agent, employee and/or lessor and Xtra Lease's unknown agent, employee and/or lessor (hereinafter "XTRA") was operating a Truck Tractor Semi Trailer white in color with the name XTRA clearly marked in red lettering on the side southbound on Interstate 294 at or near mile post 3.6 in the City of Thorton Township, County of Cook, and State of Illinois.

3.    At all times relevant herein,  Plaintiff, JERMAINE JOHNSON  was in the exercise of due care and was cautious for his own safety and the safety of others, and that at said time, the Plaintiff was lawfully traveling on the aforesaid roadway.

4.    At all times relevant herein, Defendant, XTRA, owed a duty of exercising due care and caution for the safety of Plaintiff and others lawfully using the public streets in Illinois.

5.    At the aforesaid time and place Defendant, XTRA, carelessly and negligently allowed the  Truck Tractor Semi Trailer that was being operated by an unknown agent, employee or lessor of XTRA to strike the vehicle being driven by Plaintiff, JERMAINE JOHNSON.

6.    Despite said duty, Defendants were then and there guilty of one or more of the following negligent acts or omissions:

    (a)    Carelessly and negligently drove his/her vehicle so as to violate the duty of care owed to the Plaintiff;

    (b)    Carelessly and negligently failed to keep a safe distance between his/her vehicle and the vehicle being driven by Plaintiff;

    (c)    Carelessly and negligently failed to timely brake and/or stop upon seeing Plaintiff;

    (d)    Carelessly and negligently failed to maintain a proper lookout;

    (e)    Carelessly and negligently operated said vehicle at an excessive speed in violation of *625 ILCS 5/11-601(a)*;

    (f)    Carelessly and negligently operated said vehicle at a speed too high to stop within the range of assured vision;

    (g)    Carelessly and negligently operated said vehicle without brakes in good condition and sufficient working order adequately safe to control its movement;

    (h)    Carelessly and negligently failed to give an audible warning with Defendant's horn when reasonably necessary;

    (i)    Carelessly and negligently failed to reduce speed and exercise reasonable care to avoid injuring Plaintiff;

2

10.     That as a direct and proximate result of the aforementioned wrongful acts and/or omissions of Defendants, Plaintiff, LAUREN FRANKLIN has been and will in the future be deprived of the society, companionship, love, affection and support of her husband, Plaintiff, JERMAINE JOHNSON, all to her pecuniary loss.

WHEREFORE, the Plaintiff, LAUREN FRANKLIN, prays this Honorable Court enter judgment in her favor and against the Defendants and each of them, for the pecuniary loss which has resulted from her having been deprived of her husband's society, companionship, love, affection, and support in an amount in excess of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS and for what other relief this Court deems just.

## COUNT III

1-7:     Plaintiff reaffirms and restates the allegations contained in paragraphs 1 - 7 of Count I as paragraphs 1 - 7 of Count II as though fully set forth herein.

8.     Defendant, XTRA, owner/lessor of the vehicle, was negligent in entrusting this or any vehicle to its unknown agent, employee and/or lessor because of the following factors:

    (a)    XTRA knew or should have known that its unknown agent, employee and/or lessor was a reckless and dangerous driver;

    (b)    XTRA failed to properly supervise and/or train its unknown agent, employee and/or lessor;

    (c)    XTRA was careless, negligent and reckless in allowing its improperly trained and suited for driving unknown agent, employee and/or lessor to operate the vehicle; and

    (d)    XTRA was otherwise careless and negligent.

9.     XTRA entrusted its vehicle to its unknown agent, employee and/or lessor, when it knew or reasonably should have known that its unknown agent, employee and/or lessor was likely to use it in a manner involving unreasonable risk of harm to others.

10.     Plaintiff was injured by the recklessness of XTRA's unknown agent, employee and/or lessor.

11.     This recklessness and dangerous conduct were the proximate causes of Plaintiff's injuries.

4

Attorney No. 37398                                                  File No. J3874

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

```
2008L008254
CALENDAR/ROOM C
TIME 00:00
PI Motor Vehicle
```

JERMAINE FRANKLIN and           )
LAUREN FRANKLIN,                )
                    Plaintiffs, )
                                )
                                )      Service Date: August 25, 2008
        V.                      )
                                )
XTRA LEASE, LLC, a Delaware Limited)
Liability Company, individually and by )
and through its unknown agent,  )      Serve: XTRA Lease LLC
employee and/or lessor and  Xtra )     c/o C T Corporation System,
Lease LLC's unknown agent, employee )  registered agent
or lessor individually,         )      20 8 S. LaSalle Street, Ste. 814
                    Defendants. )      Chicago, IL 60604

### SUMMONS

To Defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room 801, Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the Officer:

    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date

WITNESS: _____ 2008

_____
CLERK OF COURT

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle St., Ste. 300
Chicago, Illinois 60610          Date of Service: _____
(312) 245-0031                   [To be inserted by officer on copy left with
(312) 245-0022 – Fax             defendant or other person]
Attorney 37398

### DOROTHY BROWN CLERK OF THE CIRCUIT COURT

Attorney No. 37398                                          File No. J3874

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JERMAINE FRANKLIN and | ) | |
| LAUREN FRANKLIN, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| XTRA LEASE, LLC, a Delaware Limited | ) | |
| Liability Company, individually and by | ) | |
| and through its unknown agent, | ) | |
| employee and/or lessor and Xtra | ) | |
| Lease LLC's unknown agent, employee | ) | |
| or lessor individually, | ) | |
| Defendants. | ) | |

```
2008L008254
CALENDAR/ROOM C
TIME 00:00
PI Motor Vehicle
```

## COMPLAINT

*NOW COME* the Plaintiffs, JERMAINE FRANKLIN and LAUREN FRANKLIN, by and through their attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and complaining of the Defendants, XTRA LEASE, LLC, a Delaware Limited Liability Company, individually and by and through its unknown agent, employee and/or lessor and Xtra Lease's unknown agent, employee and/or lessor and, state as follows:

## COUNT I

1.      On May 1, 2008 at approximately 7:20 a.m., Plaintiff, JERMAINE JOHNSON was operating a motor vehicle southbound on Interstate 294 at or near mile post 3.6 in the City of Thorton Township, County of Cook, and State of Illinois.

2.      At the aforesaid date and time, Defendant, XTRA LEASE, individually and by and through its unknown agent, employee and/or lessor and Xtra Lease's unknown agent, employee and/or lessor (hereinafter "XTRA") was operating a Truck Tractor Semi Trailer white in color with the name XTRA clearly marked in red lettering on the side southbound on Interstate 294 at or near mile post 3.6 in the City of Thorton Township, County of Cook, and State of Illinois.

3.    At all times relevant herein, Plaintiff, JERMAINE FRANKLIN was in the exercise of due care and was cautious for his own safety and the safety of others, and that at said time, the Plaintiff was lawfully traveling on the aforesaid roadway.

4.    At all times relevant herein, Defendant, XTRA, owed a duty of exercising due care and caution for the safety of Plaintiff and others lawfully using the public streets in Illinois.

5.    At the aforesaid time and place Defendant, XTRA, carelessly and negligently allowed the Truck Tractor Semi Trailer that was being operated by an unknown agent, employee or lessor of XTRA to strike the vehicle being driven by Plaintiff, JERMAINE FRANKLIN.

6.    Despite said duty, Defendants were then and there guilty of one or more of the following negligent acts or omissions:

    (a)    Carelessly and negligently drove his/her vehicle so as to violate the duty of care owed to the Plaintiff;

    (b)    Carelessly and negligently failed to keep a safe distance between his/her vehicle and the vehicle being driven by Plaintiff;

    (c)    Carelessly and negligently failed to timely brake and/or stop upon seeing Plaintiff;

    (d)    Carelessly and negligently failed to maintain a proper lookout;

    (e)    Carelessly and negligently operated said vehicle at an excessive speed in violation of *625 ILCS 5/11-601(a)*;

    (f)    Carelessly and negligently operated said vehicle at a speed too high to stop within the range of assured vision;

    (g)    Carelessly and negligently operated said vehicle without brakes in good condition and sufficient working order adequately safe to control its movement;

    (h)    Carelessly and negligently failed to give an audible warning with Defendant's horn when reasonably necessary;

    (i)    Carelessly and negligently failed to reduce speed and exercise reasonable care to avoid injuring Plaintiff;

2

10.    That as a direct and proximate result of the aforementioned wrongful acts and/or omissions of Defendants, Plaintiff, LAUREN FRANKLIN has been and will in the future be deprived of the society, companionship, love, affection and support of her husband, Plaintiff, JERMAINE FRANKLIN, all to her pecuniary loss.

WHEREFORE, the Plaintiff, LAUREN FRANKLIN, prays this Honorable Court enter judgment in her favor and against the Defendants and each of them, for the pecuniary loss which has resulted from her having been deprived of her husband's society, companionship, love, affection, and support in an amount in excess of FIFTY THOUSAND AND NO/100 ($50,000.00) DOLLARS and for what other relief this Court deems just.

### COUNT III

1-7.    Plaintiff reaffirms and restates the allegations contained in paragraphs 1 - 7 of Count I as paragraphs 1 - 7 of Count II as though fully set forth herein.

8.    Defendant, XTRA, owner/lessor of the vehicle, was negligent in entrusting this or any vehicle to its unknown agent, employee and/or lessor because of the following factors:

(a)    XTRA knew or should have known that its unknown agent, employee and/or lessor was a reckless and dangerous driver;
(b)    XTRA failed to properly supervise and/or train its unknown agent, employee and/or lessor;
(c)    XTRA was careless, negligent and reckless in allowing its improperly trained and suited for driving unknown agent, employee and/or lessor to operate the vehicle; and
(d)    XTRA was otherwise careless and negligent.

9.    XTRA entrusted its vehicle to its unknown agent, employee and/or lessor, when it knew or reasonably should have known that its unknown agent, employee and/or lessor was liekley to use it in a manner involving unreasonable risk of harm to others.

10.    Plaintiff was injured by the recklessness of XTRA's unknown agent, employee and/or lessor.

11.    This recklessness and dangerous conduct were the proximate causes of Plaintiff's injuries.

4

12.   That as a direct and proximate result of one or more of Defendants' said wrongful acts or omissions, Plaintiff, JERMAINE FRANKLIN was severely injured and became sick, sore, lame and disordered and has suffered severe and permanent injuries, both internal and external, and has suffered loss of earnings and profits, being thereby unable to attend to her usual employment and occupation; and has incurred great medical expenses in and about the treatment of said injuries and has endured great pain and suffering; and was otherwise injured because of Defendants' negligence.

James A. Karamanis

Zane D. Smith
James A. Karamanis
ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street
Suite 300
Chicago, Illinois 60610
(312) 245-0031
(312) 245-0022 - Fax

5

# EXHIBIT C

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process
Transmittal**
08/05/2008
CT Log Number 513712270

|||||||||||||||||||||||||||||||||||||||||||||||||||||

**TO:**    Angie Kennedy
          XTRA Corporation
          1801 Park 270 Drive, Suite 400
          Saint Louis, MO 63146-

**RE:**    **Process Served in Illinois**

**FOR:**   XTRA Lease, LLC (Domestic State: DE)

---

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

**TITLE OF ACTION:**            Jermaine Franklin and Lauren Franklin, Pltfs. vs. XTRA Lease, LLC, etc., Dfts.

**DOCUMENT(S) SERVED:**         Summons, Complaint, Amended Complaint

**COURT/AGENCY:**               Cook County Circuit Court - Cook County Department - Law Division, IL
                                Case # 2008L008254

**NATURE OF ACTION:**           Personal Injury - Vehicle Collision - 05/01/2008 - Thornton Township, IL

**ON WHOM PROCESS WAS SERVED:** C T Corporation System, Chicago, IL

**DATE AND HOUR OF SERVICE:**   By Process Server on 08/05/2008 at 10:30

**APPEARANCE OR ANSWER DUE:**   Within 30 days after service, not counting the day of service

**ATTORNEY(S) / SENDER(S):**    Zane D. Smith & Associates, LTD.
                                415 N. LaSalle St.
                                Suite 300
                                Chicago, IL 60610
                                312-245-0031

**ACTION ITEMS:**               SOP Papers with Transmittal, via Fed Ex 2 Day , 790555980720
                                Email Notification, Angie Kennedy ajkennedy@xtra.com
                                Email Notification, Katie Specht kaspecht@xtra.com
                                Email Notification, Edna Earnheart epearnhe@xtra.com
                                Email Notification, Andrew Krueger Alkrueger@xtra.com

**SIGNED:**                     C T Corporation System
**PER:**                        Tawana Carter
**ADDRESS:**                    208 South LaSalle Street
                                Suite 814
                                Chicago, IL 60604
**TELEPHONE:**                  312-345-4336

Page 1 of  1 / TL

Information displayed on this transmittal is for CT Corporation's
record keeping purposes only and is provided to the recipient for
quick reference. This information does not constitute a legal opinion
as to the nature of action, the amount of damages, the answer date,
or any information contained in the documents themselves.
Recipient is responsible for interpreting said documents and for
taking appropriate action. Signatures on certified mail receipts
confirm receipt of package only, not contents.

08CV5042
JUDGE ST. EVE
MAGISTRATE JUDGE COX
CH

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| JERMAINE JOHNSON and | ) | |
| LAUREN FRANKLIN, | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | Case No.:  2008 L 008254 |
| | ) | |
| XTRA LEASE, LLC, a Delaware Limited | ) | |
| Liability Company, individually and by | ) | |
| and through its unknown agent, | ) | |
| employee and/or lessor and Xtra | ) | |
| Lease LLC's unknown agent, employee | ) | |
| or lessor individually, | ) | |
| Defendants. | ) | |

FILED
Law Div. - 2008
AUG 2 9 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY

## <u>ROUTINE MOTION TO VACATE</u>

NOW COME the defendant, XTRA LEASE, LLC, by their attorneys Grant, Ross & Fanning and moves this Honorable Court for entry of an Order vacating any and all defaults, whether technical or otherwise, heretofore entered against them, and granting them leave to file their Appearance/Jury Demand, Answer or otherwise plead within 28 days on or before September 25, 2008.

John M. Kienzle

GRANT, ROSS & FANNING
Attorney for Defendants
10 S. Riverside Plaza, Ste. 1770
Chicago, Illinois 60606
(312) 775-9750
Attorney No. 40891

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| JERMAINE JOHNSON and<br>LAUREN FRANKLIN,<br>    Plaintiffs,<br><br>    V.<br><br>XTRA LEASE, LLC, a Delaware Limited<br>Liability Company, individually and by<br>and through its unknown agent,<br>employee and/or lessor and Xtra<br>Lease LLC's unknown agent, employee<br>or lessor individually,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    Case No.:  2008 L 008254<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**FILED**
Law Div.-2206
AUG 2 9 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

<u>**ROUTINE NOTICE OF MOTION**</u>

To:    Zane D. Smith (Via Facsimile 312/245-0022)
       James A. Karamanis
       ZANE D. SMITH & ASSOCIATES, LTD.
       415 N LaSalle Street, Suite 300
       Chicago, IL 60610

       On August 29, 2008 at 8:45 a.m., or as soon thereafter as counsel may be heard I shall appear before the Honorable Ronald Davis, or any judge sitting in his stead, in the courtroom usually occupied by her in Room 2206 at the Richard J. Daley Center, Chicago, Illinois and shall then and there present the attached Motion to Vacate Default technical or otherwise and for leave to file our appearance/jury demand and answer or otherwise plead.

John M. Kienzle

**PROOF OF SERVICE BY MAIL**
       I, Kathy Haney, under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, certify that I served this Notice of Motion by facsimile ailing a copy to the listed address, proper postage paid, by deposit in the U.S. Mail at 10 S. Riverside Plaza, Chicago IL before 5:00 p.m. on April 25, 2008 at or before 5:00 p.m.

Kathy Haney

GRANT, ROSS & FANNING
Attorney for: Defendants
10 S. Riverside Plaza, Ste. 1770
Chicago, Illinois 60606
(312) 775-9750 / Attorney No.: 40891

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JERMAINE JOHNSON and          )
LAUREN FRANKLIN,              )
              Plaintiffs,    )
                             )
          v.               )    Case No.:  2008 L 008254
                             )
XTRA LEASE, LLC, a Delaware Limited  )
Liability Company, individually and by  )
and through its unknown agent,  )
employee and/or lessor and Xtra  )
Lease LLC's unknown agent, employee  )
or lessor individually,       )
           Defendants.    )

### ROUTINE ORDER

    THIS CAUSE coming on to be heard upon motion of the defendant, XTRA LEASE, LLC, proper notice having been given, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

    1.    That any and all technical defaults against the defendant, XTRA LEASE, LLC, is hereby vacated.

    2.    That defendant, XTRA LEASE, LLC, is granted leave to file an Appearance/Jury Demand, Answer or otherwise plead within twenty-eight (28) days on or before September 25, 2008.

                  ENTER:

                  _____
                  Judge

GRANT, ROSS & FANNING
Attorney for Defendant
10 S. Riverside Plaza, Ste. 1770
Chicago, Illinois 60606
(312) 775-9750
Attorney No. 40891

**ENTERED**
JUDGE SHARON JOHNSON COLEMAN-1694
AUG 2 9 2008
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

2797800D6BY/lw/Document #: 784585

IN THE CIRCUIT COURT OF COOK COUNTY ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

JERMAINE JOHNSON, and )
LAUREN FRANKLIN )
                                                    )
            Plaintiffs,                             )
                                                    )
    v.                                              )
                                                    )        No. 08 L 008254
XTRA LEASE, LLC, et al.                             )
                                                    )
            Defendants.                             )

## NOTICE OF FILING

To:    Zane D. Smith                        Michael Grant
       James A. Karamanis                   Grant, Ross & Fanning
       Zane D. Smith & Associates, Ltd.     10 South Riverside Plaza, Suite 1770
       415 N. LaSalle Street, Suite 300     Chicago, Illinois 60606
       Chicago, Illinois 60610

        YOU ARE HEREBY NOTIFIED that on September 3, 2008, there was filed with the Clerk of
the Circuit Court of Cook County, Illinois, Appearance, a copy of which is attached hereto.

Jeffrey H. Lipe, Esq.
James E. Beal, Esq.
WILLIAMS MONTGOMERY & JOHN LTD.
Attorneys for Defendants
20 North Wacker Drive, Suite 2100
Chicago, IL  60606
312-443-3200

## CERTIFICATION

        I certify that I served this Notice by mailing a copy to each person to whom it is directed at the
address above indicated by faxing same in the U.S. Mail at 20 North Wacker Drive, Chicago, Illinois on
September 3, 2008 before 5:00 p.m.

                                        _James E. Beal_____

[x] Under penalties as provided by law pursuant to
735 ILCS 5/1-109, I certify that the statements
set forth herein are true and correct

(Rev. 4/12/01)  CCL 0530

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Jermaine Johnson and
Lauren Franklin

_____
**Plaintiff**

v.

XTRA Lease, LLC, et al.
_____
**Defendant**

2008 SEP -3 PM 3: 38

DOR_____
CLERK OF CIRCUIT COURT
LAW DIVISION

No.  **2008 L 008254**

Calendar: _____

## APPEARANCE

☒ **GENERAL APPEARANCE**  0900 - APPEARANCE - FEE PAID; 0909 - APPEARANCE - NO FEE;
                                                          0904 - APPEARANCE FILED - FEE WAIVED

☐ **SPECIAL AND LIMITED APPEARANCE**  0905 - SPECIAL APPEARANCE - FEE PAID
                                                                            0906 - SPECIAL APPEARANCE - NO FEE

☐ **JURY DEMAND**  1900 - APPEARANCE & JURY DEMAND FEE PAID; 1909 APPEARANCE & JURY DEMAND NO FEE

The undersigned enters the appearance of:   ☐ **Plaintiff**   ☒ **Defendant**

 XTRA Lease, LLC
_____
(INSERT LITIGANT'S NAME)

_____
SIGNATURE

☐ **INITIAL COUNSEL OF RECORD**      ☐ **PRO SE**

☒ **ADDITIONAL APPEARANCE**           ☐ **SUBSTITUTE APPEARANCE**

   A copy of this appearance shall be given to all parties who have appeared and have not been found by the Court
to be in default.

| ATTORNEY | PRO SE |
|---|---|
| NAME:  Williams, Montgomery & John | NAME: _____ |
| ATTORNEY FOR:  XTRA Lease, LLC | ADDRESS: _____ |
| ADDRESS:  20 N. Wacker Drive, Ste. 2100 | CITY/STATE/ZIP: _____ |
| CITY/STATE/ZIP:  Chicago, Illinois 60606 | TELEPHONE: _____ |
| TELEPHONE:  312-443-3200 | INSURANCE COMPANY: _____ |
| INSURANCE COMPANY: _____ | ATTORNEY NUMBER  99500 |
| ATTORNEY NUMBER:  04933 | |

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS