FILED: SEPTEMBER 4, 2008
08CV5042
JUDGE ST.EVE
MAGISTRATE JUDGE COX

27978.00D6BY/Document #: 784581

CH

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JERMAINE JOHNSON, and <br> LAUREN FRANKLIN <br><br> Plaintiffs, <br><br> v. <br><br> XTRA LEASE, LLC, a Delaware Limited Liability Company, individually and by and through its unknown agent, employee and/or lessor and XTRA Lease, LLC's unknown agent, employee or lessor individually, <br><br> Defendants. | Cook County No. 2008 L 008254 |

## NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2 XTRA LEASE, LLC, a Delaware corporation with its principle place of business in St. Louis, Missouri, makes the following disclosure:

1.   XTRA Lease, LLC's only publicly held affiliate is Berkshire Hathaway Inc.

Respectfully submitted,
WILLIAMS MONTGOMERY & JOHN LTD.

By: _/s/ James F. Beal_
James E. Beal

Jeffrey H. Lipe (jhl@willmont.com)
James E. Beal (jeb@willmont.com)
WILLIAMS, MONTGOMERY & JOHN, LTD.
Attorneys for Defendant XTRA Lease, LLC.
20 North Wacker Drive, Suite 2100
Chicago, Illinois 60606
Phone: (312) 443-3200
Fax: (312) 630-8500