# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number: 08cv5042

JERMAINE JOHNSON and LAUREN FRANKLIN,
v.
XTRA LEASE, LLC, a Delaware Limited Liability Company,
individually and by and through its unknown agent, employee
and/or lessor, and XTRA LEASE, LLC's unknown agent, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

XTRA LEASE, LLC

| | |
|---|---|
| NAME (Type or print) <br> Jeffrey H. Lipe | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jeffrey H. Lipe | |
| FIRM <br> WILLIAMS MONTGOMERY & JOHN LTD. | |
| STREET ADDRESS <br> 20 North Wacker Drive, Suite 2100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06185734 | TELEPHONE NUMBER <br> 312-443-3266 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |